# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Seizure of: )
THE MOTOR VESSEL )
COMMONLY KNOWN AS THE ) Case No. 19-M-1104
MSC GAYANE, CALL SIGN D5OZ5, )
IMO NUMBER 9770763 )

FILED JUL 0 5 2019 KATE BARKMAN, Clerk By_____ Dep. Clerk

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of Pennsylvania be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The motor vessel commonly known as the MSC Gayane, call sign D5OZ5, IMO number of 9770763, which is, a vessel operated by MSC Mediterranean Shipping Co. S.A., a foreign corporation, with offices and a place of business in Geneva, Switzerland.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____July 10, 2019_____
(not to exceed 14 days)

✓ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____HON. LYNNE A. SITARSKI_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *June 26, 2019 4:30pm*   *Lynne A. Sitarski*
                                                *Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA   HON. LYNNE A. SITARSKI
                                              *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-M-1104 | Date and time warrant executed:<br>7/4/19 @ 8:20 a.m | Copy of warrant and inventory left with:<br>Darko Rogancvic, Master<br>Shams Tabrez Husain SYED, Master |

Inventory made in the presence of:
Alan Wilson, CBPOE

Inventory of the property taken:

- No property physically taken. The vessel and its contents to remain intact. at this time.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/4/19

_____
Executing officer's signature

Nicholas K. Feil, Enforcement Officer
Printed name and title